ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

FILED

MAY – 6 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                    ) Chapter 13
                                          )
ERICA LORELEI BRYANT                      ) Case No. 07-52863 ASW
                                          )
                                          ) **NOTICE OF UNCLAIMED DIVIDEND**
                                          )
                    Debtor                )
                                          )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2467847 for an unclaimed dividend in the amount of $1,900.00. The name and address of the claimant entitled to the unclaimed dividend is as follows;

ERICA LORELEI BRYANT
655 35TH AVE
SANTA CRUZ, CA 95062

Dated: May 04, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE